**Order filed December 10, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00151-CR
_____

## CHARLOTTE NAOMI SHILOH, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 35th District Court**

**Brown County, Texas**

**Trial Court Cause No. CR22639**

### O R D E R

This appeal has become unduly stalled due to the failure of Appellant's appointed counsel, Landon H. Thompson, to file an appellate brief. The brief was originally due on September 10, 2015. This court has previously granted two extensions of time to file Appellant's brief: one pursuant to a motion filed by Thompson and one on this court's own motion. After those deadlines had passed, the clerk of this court contacted Thompson by phone on November 9, 2015, and was

informed by Thompson that he was working on the brief and that he would file it in the next few days.  Appellant's brief has yet to be filed in this court.

By this order, Landon H. Thompson is **ORDERED** to file in this court a brief on behalf of Appellant on or before **5:00 p.m. on Wednesday, December 16, 2015**. At that time, Appellant's brief shall have already been e-filed or be present in the portal for the Eleventh Court of Appeals through eFileTexas.gov.

PER CURIAM

December 10, 2015

Do not publish.  *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.